# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

153007 (60)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PETER BORMUTH,
      Plaintiff-Appellant,

v

GRAND RIVER ENVIRONMENTAL ACTION
TEAM and KENNY PRICE,
      Defendants-Appellees.

SC: 153007
COA: 321865
Jackson CC: 14-000279-CZ

_____/

      On order of the Court, the motion for reconsideration of this Court's June 28, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



t1121

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016



                 Clerk